1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9
10

| PAUL LOUIS BLANK, | No. 2:17-cv-0265 MCE DB PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ROCKLIN POLICE DEPARTMENT, | |
| Defendant. | |

17     Plaintiff, Paul Blank, is proceeding in this action pro se. This matter was referred to the

18 undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). By order filed

19 May 3, 2017, plaintiff's complaint was dismissed and plaintiff was granted leave to file an

20 amended complaint. (ECF No. 3.) Plaintiff was granted twenty-eight days from the date of that

21 order to file an amended complaint. The twenty-eight day period has expired, and plaintiff has

22 not responded to the court's order in any manner.

23     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

24 prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

25     These findings and recommendations will be submitted to the United States District Judge

26 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14)

27 days after being served with these findings and recommendations, plaintiff may file written

28 objections with the court. A document containing objections should be titled "Objections to

Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file

objections within the specified time may, under certain circumstances, waive the right to appeal

the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/blank0265.fta.f&rs